**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000785
04-OCT-2022
07:58 AM
Dkt. 114 OAWST**

NO. CAAP-19-0000785

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
FOR WELLS FARGO ASSET SECURITIES CORPORATION,
MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6,
Plaintiff-Appellee,
v.
MARSHA E. BRADLEY, Defendant-Appellant,
and
MOANA RANCH CONDO, TIMOTHY MATLOCK BRADLEY,
DIRECTOR OF TAXATION, STATE OF HAWAIʻI and
DOES 1 THROUGH 20, INCLUSIVE, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO.  5CC141000090)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (**Stipulation**), filed September 21, 2022, by Plaintiff-Appellee HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-through Certificates Series 2006-6 (**HSBC**), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties to the appeal stipulate to dismiss the appeal and bear their own fees and costs; (3) Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b) authorizes the "parties to a docketed appeal" to "sign and file a stipulation for dismissal"; and (4)

the Stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, October 4, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge